PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

     *v.*                            **Docket # 4:07CR3145**

**Michael Allyn McKee**

     On September 9, 2002, Michael Allyn McKee was sentenced to 63 months custody, to be followed by 5 years supervised release. The period of supervised release commenced January 12, 2007. Mr. McKee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Michael Allyn McKee be discharged from supervision.

                                            Respectfully submitted,

                                            Karen Bucksbee  
                                            U.S. Probation Officer Assistant

## ORDER OF THE COURT

     Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

     Dated this   9th   day of   May  , 2011.

                                            s/ Warren K. Urbom

                                            The Honorable Warren K. Urbom  
                                            Senior U. S. District Judge